UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRIS WHITE                                                                      PLAINTIFF

v.                              No. 2:17-CV-02207

JON MARK SIMPSON, individually
and in his official capacity as Mayor, et al.                                    DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff's federal claims are DISMISSED WITH PREJUDICE. Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 10th day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE